**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA E. MENDOZA, | Case No. EDCV 10-01160 VAP(OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK AND DOES 1 THROUGH 50, INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendant Wells Fargo Bank, National Association, as Trustee under Pooling and Servicing agreement dated as of September 1, 2005 ABFC Asset-Backed Certificates, Series 2005-WMC1, erroneously sued as "Wells Fargo Bank" is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: September 10, 2010

VIRGINIA A. PHILLIPS
United States District Judge